**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br>EDWARD E BAKER II<br>DEBRA A BAKER<br>        Debtor(s) | Case No. 12-39071 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/01/2012.

2) The plan was confirmed on 03/18/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 09/09/2013.

6) Number of months from filing to last payment: 10.

7) Number of months case was pending: 16.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $2,253.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $4,975.50 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $4,975.50

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,116.58 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $233.19 |
| Other | $291.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $2,640.77

Attorney fees paid and disclosed by debtor:       $0.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| A/R CONCEPTS | Unsecured | 95.00 | NA | NA | 0.00 | 0.00 |
| ACC INTERNATIONAL | Unsecured | 365.75 | NA | NA | 0.00 | 0.00 |
| ACC INTERNATIONAL | Unsecured | 365.75 | NA | NA | 0.00 | 0.00 |
| ADDISON POLICE DEPARTMENT | Unsecured | 85.00 | NA | NA | 0.00 | 0.00 |
| ADVANCE AMERICA CASH ADVANC | Unsecured | 317.00 | NA | NA | 0.00 | 0.00 |
| ALEXIAN BROTHERS MEDICAL GRO | Unsecured | 582.60 | NA | NA | 0.00 | 0.00 |
| ALEXIAN BROTHERS MEDICAL GRO | Unsecured | 1,236.00 | NA | NA | 0.00 | 0.00 |
| ALEXIAN BROTHERS MEDICAL GRO | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| ALEXIAN BROTHERS MEDICAL GRO | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| ALEXIAN BROTHERS MEDICAL GRO | Unsecured | 582.60 | NA | NA | 0.00 | 0.00 |
| ALEXIAN BROTHERS MEDICAL GRO | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| ALEXIAN BROTHERS MEDICAL GRO | Unsecured | 194.34 | NA | NA | 0.00 | 0.00 |
| AMERICREDIT FINANCIAL SVC | Unsecured | 10,182.00 | 12,093.22 | 12,093.22 | 0.00 | 0.00 |
| APPLIED BANK | Unsecured | 1,264.00 | NA | NA | 0.00 | 0.00 |
| ARMCO LLC | Secured | 1,200.00 | NA | 1,200.00 | 140.00 | 0.00 |
| ASHRO | Unsecured | 143.00 | NA | NA | 0.00 | 0.00 |
| ASPIRE VISA | Unsecured | 637.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC | Unsecured | 806.66 | 806.66 | 806.66 | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC | Unsecured | 644.00 | 664.18 | 664.18 | 0.00 | 0.00 |
| AT&T MIDWEST | Unsecured | 281.00 | NA | NA | 0.00 | 0.00 |
| AUGUSTYN SINGH | Unsecured | 188.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Unsecured | 190.00 | NA | NA | 0.00 | 0.00 |
| BARRINGTON COUNTRYSIDE | Unsecured | 130.00 | NA | NA | 0.00 | 0.00 |
| CENTRAL FURNITURE | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| CHASE | Unsecured | 137.06 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 1,000.00 | 2,350.00 | 2,350.00 | 0.00 | 0.00 |
| CMK INVESTMENTS INC | Unsecured | 709.41 | 1,001.00 | 1,001.00 | 0.00 | 0.00 |
| COMCAST | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 878.15 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 350.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 640.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| COMCAST CABLE COMMUNICATION | Unsecured | 202.00 | NA | NA | 0.00 | 0.00 |
| COMCAST CHICAGO | Unsecured | 350.00 | NA | NA | 0.00 | 0.00 |
| COMCAST CHICAGO SECONDS | Unsecured | 259.00 | NA | NA | 0.00 | 0.00 |
| COMCAST CHICAGO SECONDS | Unsecured | 173.00 | NA | NA | 0.00 | 0.00 |
| CONSUMER PORTFOLIO SERV | Unsecured | 11,050.00 | 12,050.40 | 12,050.40 | 0.00 | 0.00 |
| COOK COUNTY & HEALTH HOSPITAL | Unsecured | 317.00 | NA | NA | 0.00 | 0.00 |
| COOK COUNTY & HEALTH HOSPITAL | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| COOK COUNTY & HEALTH HOSPITAL | Unsecured | 282.44 | NA | NA | 0.00 | 0.00 |
| COOK COUNTY & HEALTH HOSPITAL | Unsecured | 343.00 | NA | NA | 0.00 | 0.00 |
| COOK COUNTY & HEALTH HOSPITAL | Unsecured | 176.68 | NA | NA | 0.00 | 0.00 |
| COOK COUNTY DEPT OF REVENUE | Unsecured | 114.36 | NA | NA | 0.00 | 0.00 |
| COOK COUNTY STATES ATTORNEY | Unsecured | 390.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT | Unsecured | 53.08 | NA | NA | 0.00 | 0.00 |
| DEPT OF EDUCATION/SALLIE MAE | Unsecured | 7,172.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF EDUCATION/SALLIE MAE | Unsecured | 3,804.00 | NA | NA | 0.00 | 0.00 |
| ELK GROVE | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| ELK GROVE LAB PHYSICIANS | Unsecured | 31.00 | NA | NA | 0.00 | 0.00 |
| FIRST RATE FINANCIAL | Unsecured | 931.10 | NA | NA | 0.00 | 0.00 |
| FOUR WINDS | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| GOOD SHEPHERD HOSPITAL | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| HARRAHS NEW ORLEANS | Unsecured | 230.00 | NA | NA | 0.00 | 0.00 |
| HEART CHECK AMERICA | Unsecured | 834.78 | NA | NA | 0.00 | 0.00 |
| IDES | Unsecured | 1,966.00 | 4,465.00 | 4,465.00 | 0.00 | 0.00 |
| IDES | Unsecured | 1,403.00 | 1,018.00 | 1,018.00 | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE CO | Unsecured | 196.00 | 1,410.47 | 1,410.47 | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Unsecured | NA | 61.80 | 61.80 | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Priority | 339.69 | 318.00 | 318.00 | 87.89 | 0.00 |
| INPATIENT CONSULTANTS OF IL | Unsecured | 62.30 | NA | NA | 0.00 | 0.00 |
| INSOLVE RECOVERY LLC | Unsecured | 670.00 | 673.70 | 673.70 | 0.00 | 0.00 |
| INSOLVE RECOVERY LLC | Unsecured | 668.25 | 561.68 | 561.68 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 3,883.10 | 17,003.43 | 17,003.43 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 7,500.00 | 5,378.72 | 5,378.72 | 1,486.52 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 1,952.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| INTERNATIONAL ARBITRATION SVC | Unsecured | 741.07 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | NA | 1,137.44 | 1,137.44 | 0.00 | 0.00 |
| JET | Unsecured | 29.00 | NA | NA | 0.00 | 0.00 |
| MCI LOCL | Unsecured | 187.00 | NA | NA | 0.00 | 0.00 |
| MEA AEA | Unsecured | 384.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL BUSINESS BUREAU | Unsecured | 451.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL BUSINESS BUREAU | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL CENTER ANESTHESIA | Unsecured | 220.32 | NA | NA | 0.00 | 0.00 |
| MICHAEL J RIERMAIER M | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | NA | 645.54 | 645.54 | 0.00 | 0.00 |
| MULTI SPECIALTY CLINIC | Unsecured | 315.75 | NA | NA | 0.00 | 0.00 |
| NEOPATH | Unsecured | 27.43 | NA | NA | 0.00 | 0.00 |
| NEOPATH SC | Unsecured | 27.43 | NA | NA | 0.00 | 0.00 |
| OB/GYN CENTER | Unsecured | 340.50 | NA | NA | 0.00 | 0.00 |
| PALISADES ACQUISITION XVI LLC | Unsecured | 658.00 | 87.80 | 87.80 | 0.00 | 0.00 |
| PATHOLOGY CONSULTAN | Unsecured | 420.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN STORE OF IL INC | Unsecured | 382.90 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN STORE OF IL INC | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| PERSCRIPTION SOLUTIONS | Unsecured | 302.92 | NA | NA | 0.00 | 0.00 |
| PLS FIN SERV | Unsecured | 451.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 167.60 | NA | NA | 0.00 | 0.00 |
| PUBLIC STORAGE | Unsecured | 133.00 | NA | NA | 0.00 | 0.00 |
| RADIOLOGY CONSULTANTS WOODS | Unsecured | 513.00 | NA | NA | 0.00 | 0.00 |
| RENT A CENTER | Unsecured | 916.25 | NA | NA | 0.00 | 0.00 |
| RGS FINANCIAL | Unsecured | 230.00 | NA | NA | 0.00 | 0.00 |
| RGS FINANCIAL | Unsecured | 160.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| RJM AQUISITIONS FUNDING | Unsecured | 87.00 | 87.35 | 87.35 | 0.00 | 0.00 |
| SAFEWAY STORES INC | Unsecured | 145.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 1,809.00 | 11,661.58 | 11,661.58 | 0.00 | 0.00 |
| SANTANDER CONSUMER USA | Secured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| SANTANDER CONSUMER USA | Secured | NA | NA | NA | 0.00 | 0.00 |
| SANTANDER CONSUMER USA | Secured | 11,398.00 | 13,628.17 | 13,628.17 | 250.00 | 58.53 |
| SANTANDER CONSUMER USA | Secured | 10,921.00 | 14,372.66 | 14,372.66 | 250.00 | 61.79 |
| ST IL TOLLWAY AUTHORITY | Unsecured | 62.60 | NA | NA | 0.00 | 0.00 |
| STROGER HOSPITAL | Unsecured | 176.88 | NA | NA | 0.00 | 0.00 |
| SUBURBAN SURGICAL ASSOCIATES | Unsecured | 30.38 | NA | NA | 0.00 | 0.00 |
| TASTE OF HOME BOOK | Unsecured | 24.98 | NA | NA | 0.00 | 0.00 |
| TCF NATIONAL BANK | Unsecured | 589.00 | NA | NA | 0.00 | 0.00 |
| THE OPRAH MAGAZINE | Unsecured | 18.00 | NA | NA | 0.00 | 0.00 |
| US BANK | Unsecured | 1,137.00 | NA | NA | 0.00 | 0.00 |
| US BANK NA | Unsecured | 359.06 | 514.06 | 514.06 | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 5,688.00 | 8,143.48 | 8,143.48 | 0.00 | 0.00 |
| VILLAGE OF BARRINGTON | Unsecured | 130.40 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF MT PROSPECT | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| WOMENS HEALTH | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $28,000.83 | $500.00 | $120.32 |
| All Other Secured | $1,200.00 | $140.00 | $0.00 |
| **TOTAL SECURED:** | **$29,200.83** | **$640.00** | **$120.32** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $5,696.72 | $1,574.41 | $0.00 |
| **TOTAL PRIORITY:** | **$5,696.72** | **$1,574.41** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$76,436.79** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $2,640.77 |
| Disbursements to Creditors | $2,334.73 |
| **TOTAL DISBURSEMENTS:** | **$4,975.50** |

UST Form 101-13-FR-S (09/01/2009)

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 01/28/2014                                By:/s/ Tom Vaughn
                                                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**